# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ITZEL L. ALVAREZ-QUINTANA,

       Petitioner,

v.                                                                                    No. 2:26-cv-00420-WJ-SCY

DORA CASTRO, Warden, Otero County
Processing Center;
JOEL L. GARCIA, Field Office
Director, Enforcement and Removal Operations,
El Paso Field Office;
KRISTI NOEM, Secretary, U.S. Department of
Homeland Security;
PAMELA BONDI, United States Attorney General;
TODD LYONS, Acting Director
Immigration and Customs Enforcement;
DEPARTMENT OF HOMELAND SECURITY,

       Respondents.

## ORDER DISMISSING AND CLOSING CASE

**THIS MATTER** comes before the Court upon Notice of Petitioner Itzel L. Alvarez-Quintana's release. **[Doc. 12]**. The Notice states that Petitioner was released from custody on May 29, 2026 on the order of the Immigration Judge. **[Doc. 12-1; Doc. 12-2]**. The Petition seeks a writ of habeas corpus directing Petitioners' release and ancillary relief. **[Doc. 1]**. Petitioner was released from custody. **[Docs. 12; 12-1; 12-2]**. Because Petitioner is no longer detained, there is no further relief the Court can grant in this matter. *Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006) (petitioner's subsequent release rendered moot habeas petition challenging lawfulness of custody without an opportunity for bond or a bond hearing); *Hunt v. Rickard*, 25-cv-989, 2025 WL 3496307, at *1 (S.D.N.Y. Dec. 5, 2025) ("A petitioner's release from custody moots a habeas petition that 'no longer present[s] a case or controversy under Article III, § 2, of

1

the Constitution.'") (citing *Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *Carafas v. LaVallee*, 391 U.S. 234 (1968)) (alteration in original)).

Accordingly, the pending motions **[Doc. 2, 9]** are denied as moot and the action is **DISMISSED AS MOOT**. The Clerk of Court is directed to **CLOSE** this case.

SO ORDERED.

/s/_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE